

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed September 23, 2013

United States Bankruptcy Judge

___

PLOD 0013.000751B

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:
JERRY MILT CLARK JR

CASE NO: 13-70263-HDH-13
DATED: September 18, 2013
HEARING DATE: SEPTEMBER 18, 2013
HEARING TIME: 10:00 A.M.

**ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN**

Came to be heard the Debtors, JERRY MILT CLARK JR and , Confirmation of Final Plan in the above captioned case. A hearing to consider the confirmation of that plan was held on SEPTEMBER 18, 2013, and it appearing to the Court that the plan filed JULY 18, 2013 does not comply with 11 U.S.C. 1325.

It is therefore ORDERED that the confirmation of the plan is denied.

# # #  End of Order # # #

/s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424